## MOTORS INSURANCE CORPORATION, Appellant,

v.

### Levi HOSKINS, Appellee.

Court of Appeals of Kentucky.

Jan. 21, 1955.

Roy W. House, Manchester, for appellant.

Lyttle & White, Manchester, A. E. Cornett, Hyden, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Clay Circuit Court, Ray C. Lewis, Judge, for $1,800, under a fire insurance policy on a truck.

This is a second appeal. See Motors Insurance Corporation v. Hoskins, Ky., 249 S.W.2d 741.

The evidence fully supports the verdict and judgment.

The motion is overruled, and the judgment stands affirmed.